

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br>BRASHANI C. REECE,<br>    Debtor | Ch. 7<br>21-11150-JEB |
| BRASHANI C. REECE,<br>    Plaintiff,<br>*v.*<br>EDUCATIONAL CREDIT MANAGEMENT CORP, U.S. DEPARTMENT OF EDUCATION, FINANCE AUTHORITY OF MAINE and SALLIE MAE BANK, INC.,<br>    Defendants | Adversary Proceeding<br>21-01099-JEB |

## Order

**MATTER:**

#1 Adversary case 21-01099. Complaint by Brashani C. Reece against Educational Credit Management Corp, Finance Authority Of Maine, U.S. Department of Education, Sallie Mae Bank, Inc.

Pursuant to Fed. R. Civ. P. 4(m), the case will be dismissed as to the Defendants Educational Credit Management Corp, Finance Authority of Maine, and Sallie Mae Bank, Inc., unless the Plaintiff serves the Complaint on the Defendants and files proof of service by **February 3, 2022**.

Dated: 1/25/2022

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge