

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br>BRASHANI C. REECE,<br>    Debtor | Ch. 7<br>21-11150-JEB |
| BRASHANI C. REECE,<br>    Plaintiff,<br>*v.*<br>EDUCATIONAL CREDIT MANAGEMENT CORP, U.S. DEPARTMENT OF EDUCATION, FINANCE AUTHORITY OF MAINE and SALLIE MAE BANK, INC.,<br>    Defendants | Adversary Proceeding<br>21-01099-JEB |

**Order**

**MATTER:**

#13 Motion filed by Plaintiff Brashani C. Reece for Default as to the U.S. Department of Education

Having reviewed the Motion and the Certificate of Service for the Summons, the Motion is denied without prejudice. The Plaintiff did not serve the U.S. Department of Education as required under Bankruptcy Rule 7004(b)(5).

Under Bankruptcy Rule 7004(b)(5), which refers to Rule 7004(b)(4), an agency of the United States may be served "by mailing a copy of the summons and complaint addressed to the civil process clerk at the office of the United States attorney for district in which the action is brought, and by mailing a copy of the summons and complaint to the Attorney General of the United States at Washington, District of Columbia." The Plaintiff's Certificate of Service does not reflect that the Summons and Complaint were mailed to the civil process clerk at the office of the United States attorney for the District of Massachusetts.

Pursuant to Fed. R. Civ. P. 4(m), made applicable by Bankruptcy Rule 7004, the Court orders the Plaintiff to request an alias summons and serve the U.S. Department of Education by **April 8, 2022**. If the Plaintiff does not properly serve the U.S. Department of Education by such date, the Court will dismiss the Complaint pursuant to Fed. R. Civ. P. 4(m).

Dated: 3/25/2022

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge