

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br>BRASHANI C. REECE,<br>    Debtor | Ch. 7<br>21-11150-JEB |
| BRASHANI C. REECE,<br>    Plaintiff,<br>v.<br>EDUCATIONAL CREDIT MANAGEMENT CORP, U.S. DEPARTMENT OF EDUCATION, FINANCE AUTHORITY OF MAINE, SALLIE MAE BANK, INC. and LCS CAPITAL, LLC,<br>    Defendants | Adversary Proceeding<br>21-01099-JEB |

**Order**

**MATTER:**
#21 Amended Complaint filed by Patrick J Best on behalf of Brashani C. Reece against LCS Capital, LLC, U.S. Department of Education (RE: 1 Adversary case 21-01099. Complaint by Brashani C. Reece against Educational Credit Management Corp, Finance Authority Of Maine, U.S. Department of Education, Sallie Mae Bank, Inc.

The Amended Complaint is stricken without prejudice to the Plaintiff filing a motion requesting leave to amend the Complaint. Since more than 21 days have passed since the original Complaint was served, the Plaintiff cannot amend the Complaint as a matter of course. Pursuant to Federal Rule 15(a)(2), made applicable by Bankruptcy Rule 7015, the Plaintiff may amend the Complaint only with the Court's leave.

Dated: 4/8/2022

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge