# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | | | |
|---|---|---|---|
| In re | Brashani C. Reece | | Related Bankruptcy Case: 21–11150 |
| | | | Chapter 7 |
| | Debtor | | Judge Janet E. Bostwick |
| | Brashani C. Reece | | Adversary Proceeding: 21–01099 |
| | Plaintiff | | |
| | vs. | | |
| | The United States Department of Education et al. | | |
| | Defendant | | |

## ORDER REGARDING ELECTRONICALLY FILED DOCUMENT

The Court has received notice of an electronically filed document by you in the above–referenced case on **APRIL 9, 2022** as document number **28**. A Clerk's Corrective Entry has been made by the Court which **requires expedited action by you.**

### THE FOLLOWING REQUIRES CORRECTIVE ACTION BY THE REGISTERED USER:

☐ **Document has wrong PDF image, is out of order, incorrectly oriented (landscape), and/or is unreadable.** Please re–file electronically with correct and readable PDF using the original event.

☐ **Document Docketed using wrong event.** Please re–file electronically using correct event.

☐ **Document is docketed in the wrong case or Caption is Incorrect.** Please check case number and re–file electronically.

☐ **Document is unsigned or information is missing.** Signatures must be present as /s/ or a scanned original signature. Please check your PDF document for signature(s) and re–file electronically.

☑ **Document(s) should have been docketed as separate documents.** Please re–docket all items electronically.

☐ **Case association incorrect.** Please check for proper association and re–file electronically.

☐ **ECF filer and signature of the document do not match;** please re–file. See App. 8, Rule 8(a) of MLBR.

☑ **Other:1st: File Am. Compl.; 2nd: file Mtn. to Amend Compl.; Link to amended complaint.**

You are hereby **ORDERED** to file the above required document(s) within two (2) business days of the date of this notice.

**FAILURE TO COMPLY WILL RESULT IN DENIAL OR DISMISSAL WITHOUT FURTHER NOTICE.**

Date:4/11/2022                                                                                                  By the Court,

<u>Cynthia Martin</u>
Deputy Clerk
617–748–5323

30 – 28