# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| In re: ) | |
| ) | Case No. 21-11150 |
| BRASHANI REECE ) | |
| ) | Chapter 7 |
|     Debtor. ) | |
| _____ ) | |
| ) | |
| BRASHANI REECE , ) | |
| ) | |
|     Plaintiff, ) | Adversary |
| ) | Proceeding No.: 21-01099 |
|   v. ) | |
| ) | |
| THE UNITED STATES DEPARTMENT ) | Dischargeability |
| OF EDUCATION et. al. ) | 11 U.S.C. § 523(a)(8) |
| ) | |
|     Defendants. ) | |
| _____ ) _____ | |

## <u>MOTION FOR LEAVE TO AMEND COMPLAINT</u>

AND NOW, comes the Debtor/Plaintiff, Brashani Reece, by and through her Attorney, Patrick J. Best, of ARM Lawyers who respectfully requests leave to Amend Complaint pursuant to F.R.C.P. 15 made applicable through Bankruptcy Rule 7015 for the reasons that follow:

1. On November 5, 2021, Debtor/Plaintiff filed the above-captioned Adversary Proceeding.

2. This Complaint named Sallie Mae Bank, Inc. as a Defendant in the matter as Plaintiff had a loan with Sallie Mae Bank, Inc. which was alleged to be a student loan.

3. After serving this Complaint, Plaintiff was informed that this loan was transferred to LCS Capital, Inc. and that Sallie Mae Bank, Inc. was not a proper Plaintiff.

4. Plaintiff now requests leave of Court to amend her Complaint to add LCS Capital, Inc. as a Defendant in this matter.

5. Plaintiff has attached the proposed amended Complaint as Exhibit A.

6.     Amending the Complaint at this stage does not prejudice any Defendant as the U.S. Department of Education has not yet answered the initial Complaint.

**WHEREFORE**, it is respectfully requested that the Court enter an Order granting leave of Court for Plaintiff to file her Amended Complaint.

Date: April 9, 2022

<u>/s/ Patrick J. Best</u>
Patrick J. Best
ARM Lawyers
18 N. 8th Street
Stroudsburg PA 18360
(570) 420-7431
Fax: 484-544-8625
Email: patrick@armlawyers.com
*Attorney for Plaintiff*