UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| In re: <br><br> BRASHANI REECE <br><br>　　　　Debtor. <br><br>―――――――――――――――― <br><br> BRASHANI REECE , <br><br>　　　　Plaintiff, <br><br>　　v. <br><br> SALLIE MAE BANK, INC, and LCS CAPITAL, LLC <br><br>　　　　Defendants. | Case No. 21-11150 <br><br> Chapter 7 <br><br><br><br><br><br> Adversary Proceeding No.: 21-01099 <br><br><br><br> Dischargeability <br> 11 U.S.C. § 523(a)(8) |

## STIPULATION TO DISMISS ACTION WITH PREJUDICE

Plaintiff, Brashani Reece, and Defendants, Sallie Mae Bank, Inc. and LCS Capital, LLC hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above captioned action shall be dismissed with prejudice and without attorneys' fees and costs.

Dated: November 14, 2023　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　/s/ Patrick J. Best, Esq.
　　　　　　　　　　　　　　　　　　Patrick J. Best, Esq.
　　　　　　　　　　　　　　　　　　Attorney for Debtor/Plaintiff
　　　　　　　　　　　　　　　　　　ARM Lawyers
　　　　　　　　　　　　　　　　　　18 N. 8th Street
　　　　　　　　　　　　　　　　　　Stroudsburg PA 18360
　　　　　　　　　　　　　　　　　　570-420-7431

2

/s/ Aaron A. Fredericks, Esq.
Aaron A. Fredericks, Esq.
Hinshaw & Culbertson LLP
Attorney for Defendants
53 State Street, 27th Floor
Boston, MA 02109

2